## PETRONELLA v. STATE.
### No. 14210.

Court of Criminal Appeals of Texas.
March 18, 1931.

Rehearing Denied April 8, 1931.

Earle Adams, Jr., of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of an automobile; punishment being two years in the penitentiary.

The record is here without statement of facts or bills of exception. Nothing is presented for review.

The motion for new trial avers misconduct of the jury, but the motion is not sworn to. If any effort was made to sustain the averment, the record fails to reveal it.

The judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J.

Appellant brings forward no showing of any attack made upon the judgment of the court upon his plea of guilty, wherein it is stated that he was found to be of sound mind at the time of the entry of such plea. Giving the customary presumption of correctness to the orders of the trial court, we find no merit in appellant's motion, and same will therefore be overruled.